UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF13210 (rev 02/2017)

In re:

**Rodney Craig Ward Jr**,　　　　　　　　　　　　Case No. **21–00610–JMC–13**
SSN: xxx–xx–2122　　　EIN: NA
　　aka Rodney Craig Ward II, dba Rodney Craig Ward, Jr.
　　234 N Pershing Ave
　　Indianapolis, IN 46222–4236
　　　　Debtor.

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN

An Amended Chapter 13 Plan was filed on June 30, 2021, by Debtor Rodney Craig Ward Jr. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Amended Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by July 30, 2021, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the amended plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated: July 2, 2021　　　　　　　　　　　　Kevin P. Dempsey
　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court